**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6226**

---

DONALD R. DEHANEY, JR.,

                              Plaintiff - Appellant,

        versus

E. SPAIN, Captain,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-94-3212-DKC)

---

Submitted:  June 20, 1996              Decided:  July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Donald R. Dehaney, Jr., Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant's notice of appeal referenced "the final judgement [sic] in the above action on February 1, 1996." The final judgment in the case was entered on November 2, 1995, and this court affirmed that judgment. <u>See</u> <u>Dehaney v. Spain</u>, No. 95-7845 (4th Cir. Feb. 28, 1996) (unpublished). There is no order on or about February 1, 1996, from which Appellant may appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2